Cynthia ROSEBERRY-ANDREWS,
Plaintiff-Appellant,

v.

SCHELL & KAMPETER, INC., d/b/a
Diamond Pet Foods, Inc.; Diamond
Pet Foods, Inc., Defendants-Appellees.

No. 16-1771

United States Court of Appeals,
Fourth Circuit.

Submitted: December 15, 2016

Decided: December 19, 2016

Cynthia Roseberry-Andrews, Appellant
Pro Se. Mark J. Strong, Law Offices of
Jonathan P. Stebenne, Baltimore, Maryland, for Appellees.

Before SHEDD, DUNCAN, and AGEE,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Cynthia Roseberry-Andrews seeks to
appeal the district court's order dismissing
her complaint without prejudice. Parties
are accorded 30 days after the entry of the
district court's final judgment or order to
note an appeal, Fed. R. App. P. 4(a)(1)(A),
unless the district court extends the appeal
period under Fed. R. App. P. 4(a)(5), or
reopens the appeal period under Fed. R.
App. P. 4(a)(6).

The district court's order was entered
on the docket on May 2, 2016. The notice
of appeal was filed on July 1, 2016. On
September 19, 2016, the Appellees filed a
motion to dismiss the appeal. On September 26, 2016, Roseberry-Andrews filed a
motion in the district court to enlarge the
appeal period. Because that motion remains pending, we remand this case to the
district court for the limited purpose of
deciding the motion. The record, as supplemented, will then be returned to this court
for further consideration. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and argument would not aid the decisional process.

REMANDED